IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRCT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MARTSOLF, | : |
| Plaintiff, | : |
| v. | : 2:12-cv-01018 |
| | : **ELECTRONICALLY FILED** |
| MAJOR LISA S. CHRISTIE, | : |
| MAJOR CHARLES J. SKURKIS, | : |
| MAJOR TERRY L. SEILHAMER, | : |
| CAPTAIN FRANCIS J. HACKEN, | : |
| CAPTAIN SHELDON A. EPSTEIN, | : |
| CAPTAIN WILLIARD OLIPHANT, | : |
| CAPTAIN BRADLEY D. ALLEN, | : |
| And CPL. LOUIS M. REDA | : |
| Defendants. | : |

**Order of Court**

And now, this 16th day of April, 2013, for the reasons set forth in the accompanying Memorandum Opinion, it is HEREBY ORDERED that:

(1) Defendants' Motion for Summary Judgment (doc. no. 28) is GRANTED:

(2) Judgment is hereby entered in favor of Defendants and against Plaintiff;

(3) The Clerk shall mark the docket closed.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All counsel of record